IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES RAY FISHER,             ) | CIV. NO. 15-00257 HG BMK |
|                                 ) | |
|         Plaintiff,              ) | |
|                                 ) | |
|     vs.                         ) | |
|                                 ) | |
| DUANE CHAPMAN, BETH             ) | |
| CHAPMAN, ALAN DEUTCH, BEN       ) | |
| SILVERMAN, CORIE HENSON,        ) | |
| CHRIS GRANT, MATT               ) | |
| TRIERWEILE, CMT PRESS,          ) | |
| CBS CORPORATION, VIACOM         ) | |
| INC, JOHN AND JANE DOES         ) | |
| 1-10, CORPORATIONS 1-10,        ) | |
|                                 ) | |
|         Defendants.             ) | |
| _____  ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 7)

Findings and Recommendation having been filed and served on all parties on January 29, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Dismiss This Action" (ECF No. 7) are adopted as the

//

//

//

opinion and order of this Court.

    IT IS SO ORDERED.

    Dated: February 22, 2015, Honolulu, Hawaii.



                                                Helen Gillmor
                                                United States District Judge